# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON A. EWING,<br><br>        Plaintiff,<br><br>v.<br><br>XANDER LOPEZ, and individual; and IMPERION PROPERTY MOANAGEMENT, LLC.,<br><br>        Defendants. | Case No.: 25-cv-1547-DMS-SBC<br><br>**ORDER RE: VOLUNTARY DISMISSAL OF DEFENDANTS' COUNTERCLAIM** |

  The Court is in receipt of Defendants' voluntary dismissal of their counterclaim against Plaintiff Anton A. Ewing. (ECF No. 7). Pursuant to Federal Rule of Civil Procedure 41(c), that counterclaim shall be dismissed without prejudice. *See* Fed. R. Civ. P. § 41(c)(1); *Maciel Builders LLC v. US Framing Int'l LLC*, No. 19-cv-03660-BLF, 2020 WL 4747910, at *3 (N.D. Cal. Aug. 17, 2020) ("[A] motion to dismiss is not a responsive pleading.") (citing *CRST Van Expedited, Inc. v. Werner Enterprises, Inc.*, 479 F.3d 1099, 1104 n.3 (9th Cir. 2007)). Plaintiff's motion to dismiss Defendants' counterclaim and motion to strike material in Defendants' counterclaim shall be **DISMISSED** as moot. (ECF No. 6). The motion hearing set for August 22, 2025 shall be **VACATED**.

1   **IT IS SO ORDERED.**

2   Dated: August 6, 2025

Hon. Dana M. Sabraw
United States District Judge